UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GOVERNMENT ACCOUNTABILITY & OVERSIGHT,

Plaintiff,

v.

U.S. CENTERS FOR MEDICARE & MEDICAID SERVICES, et al.,

Defendants.

Civil Action No. 24-2072 (RC)

**JOINT STATUS REPORT**

Pursuant to this Court's April 30, 2026 Minute Order, Defendants, the U.S. Centers for Medicare & Medicaid Services ("CMS") and the U.S. Department of Health and Human Services ("HHS," together with CMS, "Defendants"), and Plaintiff, Government Accountability & Oversight, by and through their respective counsel, hereby submit this joint status report in this Freedom of Information Act ("FOIA") case.

The parties incorporate by reference their prior status reports in this matter.

According to CMS's production letters, CMS processed 500 pages and released 110 pages on June 30, 2026. It processed 501 pages and released 484 pages on July 31, 2026. It processed 501 pages and reported releasing 332 pages on August 28, 2026. It processed 502 pages and reported releasing 269 pages on September 25, 2026. CMS will continue to process 500 potentially responsive pages every month and release responsive, non-exempt portions thereof.

* * *

In light of the current status of Plaintiff's FOIA requests, the Defendant respectfully requests that the parties be allowed to file a further joint status report in approximately ninety-days, or by December 28, 2026, to further apprise the Court as to the status of this case. On the record as it stands today, Plaintiff does not object to that request.

Date: September 28, 2026

Respectfully submitted,

/s/ Matthew. D. Hardin
D.C. Bar No. 1032711
HARDIN LAW OFFICE
101 Rainbow Drive # 11506
Livingston, TX 77399
Phone: 202-802-1948
Email: MatthewDHardin@protonmail.com

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Tara Derbisz*
TARA DERBISZ
D.C. Bar # 252597
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 809-0784
Tara.derbisz@usdoj.gov

*Counsel for the United States of America*